TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

ALEXIS G. ROMERO (D.C. Bar No. 90006907)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES BUREAU OF LAND MANAGEMENT**,<br><br>Defendant. | Case No.: 1:23-cv-00519-CL<br><br>**NOTICE OF APPEARANCE OF ALEXIS G. ROMERO** |

Defendant, by and through undersigned counsel, hereby give notice of the entry of appearance of counsel for Defendant Bureau of Land Management in the above-captioned matter. Please enter the appearance of Alexis G. Romero, U.S. Department of Justice, as counsel for Defendant.

Page 1 –   NOTICE OF APPEARANCE OF ALEXIS G. ROMERO
          *Klamath-Siskiyou Wildlands Center, et al. v. BLM*, Case No. 1:23-cv-00519-CL

Mr. Romero's contact information is as follows:

> Alexis G. Romero
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone: (202) 353-5885
> Fax: (202) 305-0275
> Email: alexis.romero@usdoj.gov
>
> Overnight or Hand Delivery:
> 150 M Street N.E.
> Unit 3.1607
> Washington, D.C. 20002

Respectfully submitted this 3rd day of May 2023.

> TODD KIM
> Assistant Attorney General
> Environment and Natural Resources Division
>
> */s/ Alexis G. Romero*
> ALEXIS G. ROMERO (D.C. Bar No. 90006907)
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Tel: (202) 353-5885; Fax: (202) 305-0275
> E-mail: alexis.romero@usdoj.gov
>
> *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 3, 2023, I caused a copy of the foregoing to be served through the Court's CM/ECF System to all parties.

*/s/ Alexis G. Romero*
Trial Attorney
Alexis G. Romero
