Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

Nicholas S. Cady, OSB # 113463
541-434-1463 │nick@cascwild.org
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440

Kelsey Furman, OSB # 214184
kelsey@kswild.org
Klamath-Siskiyou Wildlands Center
562 A St.
Ashland, Oregon 97520

*Attorneys for All Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, an Oregon non-profit corporation; **CASCADIA WILDLANDS,** an Oregon non-profit corporation; **OREGON WILD,** an Oregon non-profit corporation; **and SODA MOUNTAIN WILDERNESS COUNCIL,** an Oregon non-profit corporation; | Case No. 1:23-cv-00519-CL |
| Plaintiffs, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| **UNITED STATES BUREAU OF LAND MANAGEMENT**, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Plaintiffs Klamath-Siskiyou Wildlands Center, Cascadia Wildlands, Oregon Wild, and Soda Mountain Wilderness Council all state that they do not have any parent corporations and no publicly held corporation owns 10% or more of their stock.

DATED this 16th day of May 2023.

Meriel L. Darzen, OSB No. 113645,
(503) 525-2725 │ meriel@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

Nicholas S. Cady, OSB # 113463
541-434-1463 │ nick@cascwild.org
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440

Kelsey Furman, OSB # 214184
kelsey@kswild.org
Klamath-Siskiyou Wildlands Center
562 A St.
Ashland, Oregon 97520

*Attorneys for All Plaintiffs*

CORPORATE DISCLOSURE STATEMENT - 1