TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

ALEXIS G. ROMERO (DC Bar 90006907)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 1:23-cv-00519-CL<br><br>Honorable Magistrate Judge Mark D. Clarke<br><br>**NOTICE OF FILING OF THE ADMINISTRATIVE RECORD** |

Pursuant to LR 5-2(f)(2)(B), Defendants, by and through undersigned counsel, hereby give notice of the filing of the administrative record in the above matter. Filed concurrently with this notice is a declaration by a Bureau of Land Management employee certifying the administrative record as Attachment 1, along with an accompanying administrative record index as Attachment 2.

The documents in the administrative record comprise of Bates-numbered pages in text-searchable PDF format on a USB thumb drive. Defendant will provide two USB thumb drive copies for the Clerk's Office.

I certify that on September 29, 2023 I caused to be delivered the administrative record through mail delivery to each of the Plaintiffs' and Intervenors' counsel addressed below.

    Meriel L. Darzen
    Crag Law Center
    3141 E. Burnside St.
    Portland, OR 97214
    USA

    Nicholas Stanton Cady
    Cascadia Wildlands
    P.O. Box 10455
    Eugene, OR 97440
    USA

    Dominic M. Carollo
    Carollo Law Group LLC
    P.O. Box 2456
    Roseburg, OR 97470
    USA

    Sara Ghafouri
    American Forest Resource Council
    700 Ne Multnomah Suite 320
    Portland, OR 97232
    USA

DATED: This 29th day of September 2023

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division

        */s/ Alexis G. Romero*

        Alexis G. Romero, Trial Attorney
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 353-5885; Fax: (202) 305-0275
        E-mail: alexis.romero@usdoj.gov

        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2023, I caused a copy of the foregoing to be served through the Court's CM/ECF System to all parties.

*/s/ Alexis G. Romero*
Alexis G. Romero
