Sarah A. Matsumoto, OSB #111235
Sarah.Matsumoto@colorado.edu
University of Colorado Law School
Natural Resources, Energy, and Environmental Law Clinic
2450 Kittredge Loop Road
Boulder, CO 80309
(206) 351-5515
*Attorney for Plaintiff Applegate Siskiyou Alliance*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, *et al.* | Case No.: 1-23-cv-00519-CL (Lead Case)<br>Case No.: 1-23-cv-01163-CL (Trailing Case) |
| Plaintiffs, | |
| v. | PLAINTIFF APPLEGATE SISKIYOU ALLIANCE'S REQUEST FOR COURT CONSENT TO LAW STUDENT APPEARANCE |
| **UNITED STATES BUREAU OF LAND MANAGEMENT**, | |
| Defendant, | |
| and | |
| **AMERICAN FOREST RESOURCE COUNCIL; ASSOCIATION OF O&C COUNTIES,** | |
| Intervenor-Defendants. | |

**REQUEST FOR COURT CONSENT TO LAW STUDENT APPEARANCE**

Pursuant to LR 83-5, "Special Admissions – Certified Law Students," undersigned counsel hereby notifies the Court of compliance with Rule 13.20 of the Rules for Admission of Attorneys of the Supreme Court of the State of Oregon. Further, pursuant to LR 83-5(c)(1), undersigned counsel respectfully requests that the Court consent to the appearance of Certified Law Students Alexandra Nielsen, Nestor Rodriguez, and Adam Wolnski in the above-captioned matter.

This Request is supported by the Declaration of Sarah A. Matsumoto and exhibits (Oregon Supreme Court certificates and written client consent), filed herewith.

Respectfully submitted this 22nd day of February, 2024.

s/ Sarah A. Matsumoto
Sarah A. Matsumoto
OSB # 111235
Sarah.Matsumoto@colorado.edu
University of Colorado Law School
Natural Resources, Energy, and Environmental Law Clinic

*Attorney for Plaintiff Applegate Siskiyou Alliance*

LR 83-5 Request for Law Student Appearance - 1