**BLM plan is efficient**

Smoke from wildfires choked the Rogue Valley for the last few years. Thankfully, there was a reprieve this season, but one year's absence of smoke does not mean our troubles are over. The fuel load is building and California's woes are an indication of trouble for Oregon.

The Bureau of Land Management has developed a large proposal called the Integrated Vegetation Management for Resilient Lands (IVM-RL) Project. The mission is to increase their ability to stop wildfires while maintaining the forest ecosystems from destruction of habitat.

In 2016 the BLM underwent a new analysis to determine how to better manage the lands they oversee. When it was completed, the architects of this plan determined that at least 17,000 acres of older forest would need to be thinned each decade to increase the forest's ability to survive wildfires.

Fortunately, the IVM-RL Project is proposing an adequate amount of work in the woods to actually make a difference! With citizen support, the BLM would put taxpayers' dollars to work while restoring our public lands to a healthy, resilient landscape starting locally.

By supporting landscape-scale projects such as the IVM-RL Project, we save our forest landscapes and lungs.

*Rachel Lee Hall*

*Central Point*