SARA GHAFOURI, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org

DOMINIC M. CAROLLO, OSB #093057
Carollo Law Group LLC
Mail: P.O. Box 2456
Roseburg, OR 97470
Office: 2315 Old Highway 99 South
Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com

*Attorneys for Defendant-Intervenors*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, CASCADIA WILDLANDS, OREGON WILD,** and **SODA MOUNTAIN WILDERNESS COUNCIL,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES BUREAU OF LAND MANAGEMENT,**<br><br>Defendant,<br><br>and<br><br>**AMERICAN FOREST RESOURCE COUNCIL**, an Oregon non-profit corporation, and **ASSOCIATION OF O&C COUNTIES**, an unincorporated association,<br><br>Defendant-Intervenors. | Civil No. 1:23-cv-00519-CL (Lead Case)<br><br>**DEFENDANT-INTERVENORS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

DEFENDANT-INTERVENORS' RESPONSE TO PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY

**APPLEGATE SISKIYOU ALLIANCE,**

      Plaintiff,

        vs.

**UNITED STATES BUREAU OF LAND MANAGEMENT,**

      Defendant.

Civil No. 1:23-cv-01163-CL (Joined Case)

DEFENDANT-INTERVENORS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

KS Wild Plaintiffs submitted a Notice of Supplemental Authority regarding Judge Kasubhai's recent decision in the challenge to the Bureau of Land Management's (BLM) Blue and Gold Harvest Plan. *See Cascadia Wildlands et al. v. U.S. Bureau of Land Management*, No. 6:24-cv-1641-MTK (ECF No. 72) ("B&G Opinion," May 14, 2026); Pls.' Notice, Ex. 1 (ECF No. 105-1). In the B&G Opinion, Judge Kasubhai vacated the Blue and Gold Harvest Plan EA, Finding of No Significant Impact, and associated Decision Records due to violations under the Federal Land Policy Management Act and the National Environmental Policy Act. Pls.' Notice, Ex.1 at 31. Unlike in this Court's Findings and Recommendation (ECF No. 98), Judge Kasubhai issued a remedy decision without the benefit of supplemental remedy briefing and without weighing the equities factors for vacatur set out in *Cal. Communities Against Toxics v. U.S. E.P.A.*, 688 F.3d 989, 992 (9th Cir. 2012) (relying on *Allied-Signal, Inc. v. U.S. Nuclear Regulatory Comm'n*, 988 F.2d 146, 150-51 (D.C. Cir. 1993)). Pls.' Notice, Ex.1 at 31. For that reason, Federal Defendants and Defendant-Intervenors have separately moved for reconsideration of the B&G Opinion under Federal Rules of Civil Procedure 60 and 59(e). *Cascadia Wildlands et al. v. U.S. Bureau of Land Management*, No. 6:24-cv-1641-MTK (ECF No. 75; Fed. Defs.' Mot.); (ECF No. 77; Def.-Intvs.' Mot.). Accordingly, the B&G Opinion is of little relevance until Judge Kasubhai resolves those pending motions.

Moreover, it is counter-intuitive that KS Wild Plaintiffs advocated that some activities related to the IVM Project should move forward, KS Wild's Remedy Br. at 11 (ECF No 81), and also point to the B&G Opinion's determination to vacate of the entire Blue and Gold Harvest Plan as "instructive." As Defendant-Intervenor already explained, remedy is a matter of equity requiring the Court to weigh the disruptive consequences resulting from vacatur, which is a fact-specific inquiry. The B&G Opinion, therefore, does not help inform this Court on how to resolve Plaintiffs' attempt to relitigate and modify this Court's Findings and Recommendation in their pending Motion for Clarification (ECF No. 100).

Dated this 26th day of May, 2026.

DEFENDANT-INTERVENORS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY - 1

*/s/ Sara Ghafouri*
SARA GHAFOURI, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
sghafouri@amforest.org

DOMINIC M. CAROLLO, OSB #093057
Carollo Law Group LLC
Mail:    P.O. Box 2456
Roseburg, OR 97470
Office: 2315 Old Highway 99 South
Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
dcarollo@carollolegal.com

*Attorneys for Defendant-Intervenors*

**CERTIFICATE OF SERVICE**

I, Sara Ghafouri, hereby certify that on May 26, 2026, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated this 26th day of May, 2026.

/s/ Sara Ghafouri
Sara Ghafouri

*Attorney for Defendant-Intervenors*